LAWRENCE G. BROWN
Acting United States Attorney
DAVID SHELLEDY
Chief, Civil Division
Assistant United States Attorney
DONNA WADE ANDERSON
Special Assistant United States Attorney
Donna.W.Anderson@ssa.gov
SSA, Office of the General Counsel
333 Market Street, Suite 1500
San Francisco, CA 94105-2116
Telephone: (415) 977-8930

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BETTY KAUP, | NO. 2:03-CV-01170 GGH |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant, | |

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying her application for benefits. On September 9, 2003, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six because evidence was not properly included in the certified administrative record. On remand, in a decision dated June 25, 2004, the Commissioner issued a fully favorable decision awarding Plaintiff benefits.

///

///

1  The Court orders as follows:

2  **IT IS ORDERED** that Judgment is hereby entered in favor of Plaintiff, affirming the June 25, 2004, post-remand, final decision of the Commissioner of Social Security.

Date: July 27, 2009

/s/ Gregory G. Hollows

THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge